■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROWN, Appellant. [789 NYS2d 877]—

Judgment, Supreme Court, New York County (John A.K. Bradley, J.), rendered July 9, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third, fifth and seventh degrees, and sentencing him, as a second felony offender, to an aggregate term of $4^1/_2$ to 9 years, unanimously affirmed.

The jury's verdict rejecting defendant's agency defense was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The evidence warranted the conclusion that defendant did not act solely to accommodate, or do a favor for, the buyer (*see People v Roche*, 45 NY2d 78, 85 [1978], *cert denied* 439 US 958 [1978]; *People v Lam Lek Chong*, 45 NY2d 64, 74-75 [1978], *cert denied* 439 US 935 [1978]; *People v Elvy*, 277 AD2d 80 [2000], *lv denied* 96 NY2d 783 [2001]). Concur—Nardelli, J.P., Tom, Saxe, Friedman and Sweeny, JJ.